**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Quintina** | **Dionne** | **Jackson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known)   **17-34443**

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                               12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

**1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No.  Go to Part 2.
☑ Yes.  Where is the property?

**1.1.**

**4722 Bicentennial Ct.**
Street address, if available, or other description

**Houston**            **TX**    **77066**
City                    State   ZIP Code

**Harris**
County

**4722 Bicentennial Ct., Houston, TX 77066**
**Lot 15, Block 6**
**Fountainhead, Section 4**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $151,341.00 | $151,341.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Homestead**

☐ Check if this is community property
(see instructions)

**2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1.  Write that number here........................................................ →**   **$151,341.00**

### Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.  Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

Debtor 1    **Quintina Dionne Jackson** _____    Case number (if known)  **17-34443** _____

| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

3.1.
Make:            **Fiat**

Who has an interest in the property?
Check one.

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model:           **500**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

| Current value of the entire property? | Current value of the portion you own? |
|---|---|

Year:            **2012**

Approximate mileage:  **90,000**

| | |
|---|---|
| **$2,075.00** | **$2,075.00** |

Other information:

**2012 Fiat 500 (approx. 90,000 miles)**

☐ Check if this is community property
(see instructions)

---

3.2.
Make:            **Chevrolet**

Who has an interest in the property?
Check one.

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Model:           **Silverado 1500 Clas**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Current value of the entire property?

Current value of the portion you own?

Year:            **2007**

Approximate mileage:  **90,000**

**$8,700.00**            **$8,700.00**

Other information:

**2007 Chevrolet Silverado 1500 Classic
(approx. 90,000 miles)**

☐ Check if this is community property
(see instructions)

**4.    Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

**5.    Add the dollar value of the portion you own for all of your entries from Part 2, including any
    entries for pages you have attached for Part 2.  Write that number here........................................→**   |  **$10,775.00**

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6.    Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe.....  **See continuation page(s).**

**$2,230.00**

**7.    Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
        music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe.....  **See continuation page(s).**

**$650.00**

**8.    Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
        stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes.  Describe.....

**9.    Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
        canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes.  Describe.....  **See continuation page(s).**

**$300.00**

Debtor 1    **Quintina Dionne Jackson**                                    Case number (if known)   **17-34443**

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   - ☑ No
   - ☐ Yes.  Describe.....                                                                                                     _____

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   - ☐ No
   - ☑ Yes.  Describe.....  **Clothing**                                                                      **$450.00**

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
   gold, silver
   - ☐ No
   - ☑ Yes.  Describe.....  **Jewelry**                                                                       **$200.00**

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   - ☐ No
   - ☑ Yes.  Describe.....  **Dog**                                                                           **$25.00**

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   - ☑ No
   - ☐ Yes.  Give specific
     information.............                                                                                                  _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here.......................................................................... ➔**   | **$3,855.00** |

---

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your
   petition
   - ☐ No
   - ☑ Yes....................................................................................................... Cash: ........................   **$20.00**

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions,
   brokerage houses, and other similar institutions.  If you have multiple accounts with the same
   institution, list each.
   - ☐ No
   - ☑ Yes...........................          Institution name:

      17.1.   Checking account:      **JP Morgan Chase**
                                     **Business Checking account: 9966**                                      **$200.00**

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   - ☑ No
   - ☐ Yes...........................   Institution or issuer name:

Debtor 1    **Quintina Dionne Jackson**                                                    Case number (if known)   **17-34443**

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☒ Yes.  Give specific information about them..........................

| Name of entity: | % of ownership: | |
| --- | --- | --- |
| **Quintina Jackson Lawn Service, dba** | **100%** | **$1.00** |
| **Swept Away Cleaning Service, dba** | **100%** | **$1.00** |

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes.  Give specific information about them..........................   Issuer name:

**21.  Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes.  List each account separately.    Type of account:        Institution name:

**22.  Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes............................    Institution name or individual:

**23.  Annuities**   (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes............................   Issuer name and description:

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☒ No
☐ Yes............................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☒ No
☐ Yes.  Give specific information about them

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes.  Give specific information about them

**27.  Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No
☐ Yes.  Give specific information about them

Debtor 1    **Quintina Dionne Jackson**                          Case number (if known)    **17-34443**

**Money or property owed to you?**

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information
about them, including whether
you already filed the returns
and the tax years.................

Federal: _____

State: _____

Local: _____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information

_____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes.  Name the insurance
company of each policy
and list its value................    Company name:              Beneficiary:              Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No
☐ Yes.  Give specific information

_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim........

_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
rights to set off claims**

☑ No
☐ Yes.  Describe each claim........

_____

**35. Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information

_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4.  Write that number here..................................................................➔**    | **$222.00** |

Debtor 1   **Quintina Dionne Jackson**        Case number (if known)   **17-34443**

---

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

---

**37.**  **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38.**  **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..                    _____

**39.**  **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe..                    _____

**40.**  **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes. Describe..   **See continuation page(s).**         **$3,780.00**

**41.**  **Inventory**

☑ No
☐ Yes. Describe..                    _____

**42.**  **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:                  % of ownership:

**43.**  **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☐ No
    ☐ Yes. Describe.....                  _____

**44.**  **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

**45.**  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................... ➔   **$3,780.00**

---

**Part 6:**   **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

---

**46.**  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Debtor 1    **Quintina Dionne Jackson**          Case number (if known)   **17-34443**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish
- ☑ No
- ☐ Yes....

_____

**48. Crops--either growing or harvested**
- ☑ No
- ☐ Yes. Give specific information...............

_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
- ☑ No
- ☐ Yes....

_____

**50. Farm and fishing supplies, chemicals, and feed**
- ☑ No
- ☐ Yes....

_____

**51. Any farm- and commercial fishing-related property you did not already list**
- ☑ No
- ☐ Yes. Give specific information...............

_____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here...................................................................** ➔ | $0.00 |

---

**Part 7:**   **Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ☑ No
- ☐ Yes. Give specific information.

**54. Add the dollar value of all of your entries from Part 7. Write that number here............................** ➔ | $0.00 |

Debtor 1   **Quintina Dionne Jackson**                                        Case number (if known)   **17-34443**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

**55.**  **Part 1: Total real estate, line 2**........................................................................................➔   **$151,341.00**

**56.**  **Part 2: Total vehicles, line 5**                                                    **$10,775.00**

**57.**  **Part 3: Total personal and household items, line 15**                              **$3,855.00**

**58.**  **Part 4: Total financial assets, line 36**                                          **$222.00**

**59.**  **Part 5: Total business-related property, line 45**                                 **$3,780.00**

**60.**  **Part 6: Total farm- and fishing-related property, line 52**                        **$0.00**

**61.**  **Part 7: Total other property not listed, line 54**                           +     **$0.00**

**62.**  **Total personal property.**   Add lines 56 through 61...................     **$18,632.00**      Copy personal property total  ➔  +  **$18,632.00**

**63.**  **Total of all property on Schedule A/B.**   Add line 55 + line 62...............................................................   **$169,973.00**

Debtor 1     **Quintina Dionne Jackson**                                          Case number (if known)   **17-34443**

**6.**   **Household goods and furnishings (details):**

|  |  |
|---|---|
| **Washer** | **$200.00** |
| **Dryer** | **$200.00** |
| **Stove** | **$150.00** |
| **Microwave** | **$50.00** |
| **Refrigerator** | **$250.00** |
| **Dishwasher** | **$150.00** |
| **Living Room Furniture** | **$250.00** |
| **Dishes, Pots and Pans** | **$45.00** |
| **Bedroom furniture** | **$250.00** |
| **Household Tools** | **$65.00** |
| **Den furniture** | **$250.00** |
| **Dining Room furniture** | **$300.00** |
| **Cd's** | **$50.00** |
| **Dvd** | **$20.00** |

**7.**   **Electronics (details):**

|  |  |
|---|---|
| **47" Television** | **$100.00** |
| **Television** | **$250.00** |
| **Dvd player** | **$50.00** |
| **Computer** | **$250.00** |

**9.**   **Equipment for sports and hobbies (details):**

|  |  |
|---|---|
| **Treadmill** | **$150.00** |
| **Exercise Bike** | **$150.00** |

**40.**   **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade (details):**

|  |  |
|---|---|
| **Lawnmowers (3)** | **$2,000.00** |
| **Blower** | **$250.00** |
| **Trimmer(2)** | **$200.00** |
| **Landscaping Trailer** | **$200.00** |
| **Stick Edger** | **$200.00** |
| **Electric Saw** | **$100.00** |
| **Broom Set** | **$30.00** |
| **Cleaning Chemicals** | **$100.00** |
| **Mop Set** | **$200.00** |
| **Cleaning Vacuums (3)** | **$400.00** |

Debtor 1   **Quintina Dionne Jackson**                              Case number (if known)   **17-34443**

| | |
|---|---|
| **Carriers (2)** | **$80.00** |
| **Cleaning Rags** | **$20.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Quintina** | **Dionne** | **Jackson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **17-34443** | | |

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **4722 Bicentennial Ct., Houston, TX 77066 Lot 15, Block 6 Fountainhead, Section 4** <br> Line from *Schedule A/B*: **1.1** | **$151,341.00** | ☑ **$39,532.73** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description: **2012 Fiat 500 (approx. 90000 miles) 2012 Fiat 500 (approx. 90,000 miles)** <br> Line from *Schedule A/B*: **3.1** | **$2,075.00** | ☑ **$0.00** <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Debtor 1  **Quintina Dionne Jackson** _____  Case number (if known)  **17-34443** _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2007 Chevrolet Silverado 1500 Classic (approx. 90000 miles)**<br>**2007 Chevrolet Silverado 1500 Classic (approx. 90,000 miles)**<br>Line from *Schedule A/B*: __3.2__ | **$8,700.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**Washer**<br><br>Line from *Schedule A/B*: __6__ | **$200.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Dryer**<br><br>Line from *Schedule A/B*: __6__ | **$200.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Stove**<br><br>Line from *Schedule A/B*: __6__ | **$150.00** | ☑ **$150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Microwave**<br><br>Line from *Schedule A/B*: __6__ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Refrigerator**<br><br>Line from *Schedule A/B*: __6__ | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Dishwasher**<br><br>Line from *Schedule A/B*: __6__ | **$150.00** | ☑ **$150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Living Room Furniture**<br><br>Line from *Schedule A/B*: __6__ | **$250.00** | ☑ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Dishes, Pots and Pans**<br><br>Line from *Schedule A/B*: __6__ | **$45.00** | ☑ **$45.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

| Debtor 1 | Quintina Dionne Jackson | | Case number (if known) | 17-34443 |
| --- | --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Bedroom furniture** <br><br> Line from *Schedule A/B*: ___6___ | $250.00 | ☑ $250.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Household Tools** <br><br> Line from *Schedule A/B*: ___6___ | $65.00 | ☑ $65.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Den furniture** <br><br> Line from *Schedule A/B*: ___6___ | $250.00 | ☑ $250.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dining Room furniture** <br><br> Line from *Schedule A/B*: ___6___ | $300.00 | ☑ $300.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Cd's** <br><br> Line from *Schedule A/B*: ___6___ | $50.00 | ☑ $50.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dvd** <br><br> Line from *Schedule A/B*: ___6___ | $20.00 | ☑ $20.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **47" Television** <br><br> Line from *Schedule A/B*: ___7___ | $100.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Television** <br><br> Line from *Schedule A/B*: ___7___ | $250.00 | ☑ $250.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dvd player** <br><br> Line from *Schedule A/B*: ___7___ | $50.00 | ☑ $50.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1 __Quintina Dionne Jackson__                                          Case number (if known) __17-34443__

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Computer** <br><br> Line from *Schedule A/B*: __7__ | $250.00 | ☑ $250.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 41.001(a), 42.002(a)(1)** |
| Brief description: **Treadmill** <br><br> Line from *Schedule A/B*: __9__ | $150.00 | ☑ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 41.001(a), 42.002(a)(1)** |
| Brief description: **Exercise Bike** <br><br> Line from *Schedule A/B*: __9__ | $150.00 | ☑ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 41.001(a), 42.002(a)(1)** |
| Brief description: **Clothing** <br><br> Line from *Schedule A/B*: __11__ | $450.00 | ☑ $450.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 41.001(a), 42.002(a)(5)** |
| Brief description: **Jewelry** <br><br> Line from *Schedule A/B*: __12__ | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 41.001(a), 42.002(a)(6)** |
| Brief description: **Dog** <br><br> Line from *Schedule A/B*: __13__ | $25.00 | ☑ $25.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 41.001(a), 42.002(a)(11)** |
| Brief description: **Lawnmowers (3)** <br><br> Line from *Schedule A/B*: __40__ | $2,000.00 | ☑ $2,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 41.001(a), 42.002(a)(4)** |
| Brief description: **Blower** <br><br> Line from *Schedule A/B*: __40__ | $250.00 | ☑ $250.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 41.001(a), 42.002(a)(4)** |
| Brief description: **Trimmer(2)** <br><br> Line from *Schedule A/B*: __40__ | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 41.001(a), 42.002(a)(4)** |

Debtor 1   **Quintina Dionne Jackson**                              Case number (if known)  **17-34443**

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Landscaping Trailer** <br> Line from *Schedule A/B*: **40** | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description: **Stick Edger** <br> Line from *Schedule A/B*: **40** | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description: **Electric Saw** <br> Line from *Schedule A/B*: **40** | $100.00 | ☑ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description: **Broom Set** <br> Line from *Schedule A/B*: **40** | $30.00 | ☑ $30.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description: **Cleaning Chemicals** <br> Line from *Schedule A/B*: **40** | $100.00 | ☑ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description: **Mop Set** <br> Line from *Schedule A/B*: **40** | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description: **Cleaning Vacuums (3)** <br> Line from *Schedule A/B*: **40** | $400.00 | ☑ $400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description: **Carriers (2)** <br> Line from *Schedule A/B*: **40** | $80.00 | ☑ $80.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description: **Cleaning Rags** <br> Line from *Schedule A/B*: **40** | $20.00 | ☑ $20.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

**Fill in this information to identify your case:**

Debtor 1    <u>Quintina</u>    <u>Dionne</u>    <u>Jackson</u>
         First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the: <u>SOUTHERN DISTRICT OF TEXAS</u>

Case number
(if known)   <u>17-34443</u>

☐ Check if this is an
   amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property
                                                    12/15

**Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☐ No.  Check this box and submit this form to the court with your other schedules.  You have nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below.

## Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2.  As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** | Column C<br>**Unsecured**<br>**portion**<br>If any |
|---|---|---|---|

**2.1**

American Credit Acceptance
Creditor's name
**961 E Main St**
Number    Street

Spartanburg    SC    29302
City             State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates**
   **to a community debt**

Date debt was incurred   <u>12/2015</u>

**Describe the property that
secures the claim:**
**2012 Fiat 500**

| Column A | Column B | Column C |
|---|---|---|
| $14,732.31 | $2,075.00 | $12,657.31 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Car Lien**

Last 4 digits of account number   ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page.  Write
that number here:

| $14,732.31 |
|---|

Debtor 1    **Quintina Dionne Jackson**                                    Case number (if known) **17-34443**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.2**

**Conn Appliances, Inc. as Attorney-in**
Creditor's name
**c/o Becket Lee LLP**
Number    Street
**PO Box 3002 Dept Conns**

| Describe the property that secures the claim: | | | |
|---|---|---|---|
| **47" TV, Washer and Dryer** | $3,200.06 | $500.00 | $2,700.06 |

**Malvern**            **PA**    **19355-1245**
City                State    ZIP Code

**Who owes the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Purchase Money**

Last 4 digits of account number  ___ ___ ___ ___

---

**2.3**

**Fountainhead Recreational and Main**
Creditor's name
**c/o Dennis A. McQueen**
Number    Street
**Pagel, Davis & Hill, P.C.**

**1415 Louisiana, 22nd Floor**

| Describe the property that secures the claim: | | | |
|---|---|---|---|
| **Homestead - HOA (thru 2017)** | $475.00 | $151,341.00 | |

**Houston**            **TX**    **77002**
City                State    ZIP Code

**Who owes the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred    **2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **HOA Dues**

Last 4 digits of account number  ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page.  Write that number here:                              $3,675.06

Debtor 1 __Quintina Dionne Jackson__                          Case number (if known) __17-34443__

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

---

| 2.4 | | Describe the property that secures the claim: | $1,499.31 | $1,499.31 | |
|---|---|---|---|---|---|

**NPRTO Texas, LLC**
Creditor's name
**256 West Data Drive**
Number    Street

**Tires/Rims**

**Draper              UT    84020**
City            State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Purchase Money**

Date debt was incurred __1/2016__     Last 4 digits of account number ___ ___ ___ ___

---

| 2.5 | | Describe the property that secures the claim: | $9,535.87 | $8,700.00 | $835.87 |
|---|---|---|---|---|---|

**Springleaf Financial Services**
Creditor's name
**PO Box 3251**
Number    Street

**2007 Chevrolet Silverado
1500 Classic**

**Evansville         IN    47731**
City            State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Car Lien**

Date debt was incurred _____     Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:        | $11,035.18 |

| Debtor 1 | **Quintina Dionne Jackson** | Case number (if known) | **17-34443** |

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |

---

**2.6**

**Wells Fargo Bank, N.A.**
Creditor's name
**Attention: Payment Processing**
Number     Street
**MAC# X2302-04C**

**1 Home Campus**

**Des Moines       IA     50328**
City                     State     ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:

**Homestead - Ongoing**

| | $91,333.27 | $151,341.00 | |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Mortgage**

Last 4 digits of account number ___ ___ ___ ___

---

**2.7**

**Wells Fargo Bank, N.A.**
Creditor's name
**Attention: Payment Processing**
Number     Street
**MAC# X2302-04C**

**1 Home Campus**

**Des Moines       IA     50328**
City                     State     ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

Describe the property that secures the claim:

**Homestead - Arrears**

| | $20,000.00 | $151,341.00 | |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Mortgage**

Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:

**$111,333.27**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

**$140,775.82**

**Fill in this information to identify your case:**

Debtor 1   **Quintina**        **Dionne**          **Jackson**
First Name        Middle Name         Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **17-34443**
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.
☑ Yes.

2.   **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $3,225.00 | $3,225.00 | $0.00 |

**Acosta Law P.C.**
Priority Creditor's Name
**One Northwest Centre**
Number      Street
**13831 Noethwest Freeway Suite 400**

**Houston**              **TX**     **77040**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**   07/25/2017

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify
**Attorney fees for this case**

Debtor 1 __Quintina Dionne Jackson__     Case number (if known) __17-34443__

| Part 1: | Your PRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

| 2.2 | | $100.00 | $100.00 | $0.00 |
|---|---|---|---|---|

**Acosta Law P.C.**
Priority Creditor's Name
**One Northwest Centre**
Number      Street
**13831 Noethwest Freeway Suite 400**

**Houston**          **TX**    **77040**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [ ] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [x] Other.  Specify
  **Attorney fees for this case**

Debtor 1   **Quintina Dionne Jackson**      Case number (if known)   **17-34443**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

**4.1**                                                                                         **$450.00**

**ADT Security Services**
Nonpriority Creditor's Name
**3190 S. Vaughn Way**
Number        Street




**Aurora                CO     80014**
City                         State      ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify   **Home Alarm**

**4.2**                                                                                         **$1,389.00**

**Applied Bank**
Nonpriority Creditor's Name
**4700 Exchange Cour**
Number        Street




**Boca Raton             FL     33431**
City                         State      ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify   **Unsecured Debt**

Debtor 1   **Quintina Dionne Jackson**                                  Case number (if known)   **17-34443**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.3 | | **$876.00** |
|---|---|---|

**Atlas Credit**
Nonpriority Creditor's Name
**2210 W Grande Blvd.**
Number      Street

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   _____

As of the date you file, the claim is:  Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Tyler**                    **TX**    **75703**
City                       State   ZIP Code

**Who incurred the debt?**   Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
    **Outstanding Debt**

| 4.4 | | **$1,039.98** |
|---|---|---|

**Balance Credit.com by Peritus Portfolio**
Nonpriority Creditor's Name
**P.O. Box 141419**
Number      Street

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   _____

As of the date you file, the claim is:  Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Irving**                   **TX**    **75014-1419**
City                       State   ZIP Code

**Who incurred the debt?**   Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
    **Unsecured Debt**

Debtor 1   **Quintina Dionne Jackson**                              Case number (if known)   **17-34443**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |
|---|---|

**4.5**

| | | $948.88 |
|---|---|---|

**Capital One Bank (USA), N.A.**
Nonpriority Creditor's Name
**PO Box 71083**
Number        Street

**Charlotte**              **NC**      **28272-1083**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

**4.6**

| | | $408.08 |
|---|---|---|

**Capital One Bank (USA), N.A.**
Nonpriority Creditor's Name
**PO Box 71083**
Number        Street

**Charlotte**              **NC**      **28272-1083**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

Debtor 1  **Quintina Dionne Jackson**                                    Case number (if known)  **17-34443**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |

| 4.7 | | **$948.88** |

**Capital One Bank (USA), N.A.**
Nonpriority Creditor's Name
**PO Box 71083**
Number          Street

_____

**Charlotte**              **NC**     **28272-1083**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

| 4.8 | | **$221.00** |

**Cba Collection Bureau**
Nonpriority Creditor's Name
**PO Box 5013**
Number          Street

_____

**Hayward**                **CA**     **94540**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  _7_ _5_ _2_ _4_
**When was the debt incurred?**  10/09/2015

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Collecting for - SERVICES OF AMERICA INC**

Debtor 1    **Quintina Dionne Jackson**                                    Case number (if known)   **17-34443**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

|  |
|--|
| **Total claim** |

**4.9**

|  |
|--|
| **$888.00** |

**Citibank Sears**
Nonpriority Creditor's Name
**Citicorp Credit Serv**
Number     Street
**PO Box 790040**

**Saint Louis          MO     63179**
City                          State     ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2   3   8   4**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit Card**

**4.10**

|  |
|--|
| **$1,191.00** |

**Citibank/ Best Buy**
Nonpriority Creditor's Name
**Citicorp Credit Serv**
Number     Street
**PO Box 790040**

**Saint Louis          MO     63179**
City                          State     ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **3   5   8   9**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit Card**

Debtor 1     **Quintina Dionne Jackson**                                    Case number (if known)   **17-34443**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

|  |  |
|---|---|
|  | **Total claim** |

**4.11**                                                                                                    **$1,345.00**

**Citibank/ Home Depot**
Nonpriority Creditor's Name
**Citicorp Srvs/ Centralized  Bankruptcy**
Number       Street
**PO Box 790040**

**St Louis**                    **MO      63179**
City                                    State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

**4.12**                                                                                                    **$1,396.00**

**Citibank/Shell Oil**
Nonpriority Creditor's Name
**Citicorp Srvs/ Centralized  Bankruptcy**
Number       Street
**PO Box 790040**

**St Louis**                    **MO      63179**
City                                    State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **0   4   1   2**
**When was the debt incurred?**   **07/2013**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

Debtor 1    **Quintina Dionne Jackson**                              Case number (if known)   **17-34443**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |
|---|---|

**4.13**                                                                          **$1,289.00**

**Comenity Bank/ Victoria Secret**
Nonpriority Creditor's Name
**PO Box 182125**
Number       Street

**Columbus**              **OH**    **43218**
City                     State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **4   2   0   7**
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Charge Account**

---

**4.14**                                                                          **$341.00**

**Comenity Bank/Palais Royal**
Nonpriority Creditor's Name
**PO Box 182125**
Number       Street

**Columbus**              **OH**    **43218**
City                     State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0   5   6   3**
**When was the debt incurred?**  **03/21/2014**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Charge Account**

Debtor 1   **Quintina Dionne Jackson**                                          Case number *(if known)*   **17-34443**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

|  |  | **Total claim** |
|---|---|---|

**4.15**                                                                                                                           **$113.00**

**Credence Resource Management**            Last 4 digits of account number   **4   0   6   9**
Nonpriority Creditor's Name
**PO Box 2300**                                       When was the debt incurred?   _____
Number        Street
**Southgate, MI 481958**                             As of the date you file, the claim is:  Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed
_____

City              State      ZIP Code          Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**   Check one.
                                                 ☐ Student loans
☑ Debtor 1 only                                  ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                     that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another        ☑ Other.  Specify
☐ **Check if this claim is for a community debt**    **Unsecured Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.16**                                                                                                                           **$731.12**

**Credit First/CFNA**                          Last 4 digits of account number   ___ ___ ___ ___
Nonpriority Creditor's Name
**BK13 Credit Operations**                      When was the debt incurred?   _____
Number        Street
**PO Box 818011**                               As of the date you file, the claim is:  Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Cleveland          OH     44181**
City              State      ZIP Code          Type of NONPRIORITY unsecured claim:
**Who incurred the debt?**   Check one.
                                                 ☐ Student loans
☑ Debtor 1 only                                  ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 2 only                                     that you did not report as priority claims
☐ Debtor 1 and Debtor 2 only                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ At least one of the debtors and another        ☑ Other.  Specify
☐ **Check if this claim is for a community debt**    **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1    **Quintina Dionne Jackson**                                    Case number (if known)   **17-34443**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |

| 4.17 | | **$731.12** |

**Credit First/CFNA**
Nonpriority Creditor's Name
**BK13 Credit Operations**
Number      Street
**PO Box 818011**

**Cleveland            OH    44181**
City                          State     ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Credit Card**

| 4.18 | | **$343.84** |

**Department Store National Bank**
Nonpriority Creditor's Name
**c/o Quantum3 Group LLC**
Number      Street
**PO Box 657**

**Kirkland              WA    98083-0657**
City                          State     ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Collection Account**

Debtor 1    **Quintina Dionne Jackson**                                    Case number (if known)   **17-34443**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.19 | |
|---|---|

**Fair Hope Greeting Cards**                                                                          $14.00
Nonpriority Creditor's Name
**800 Hillcrest Rd, #2**
Number        Street

Last 4 digits of account number   __ __ __ __

When was the debt incurred?          _____

As of the date you file, the claim is:  Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mobile**              **AL**    **36695**
City                    State    ZIP Code

Type of NONPRIORITY unsecured claim:

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Unsecured Debt**

| 4.20 | |
|---|---|

                                                                                                      $283.00

**Fsb Blaze**
Nonpriority Creditor's Name
**5501 S Broadband Ln.**
Number        Street

Last 4 digits of account number   __ __ __ __

When was the debt incurred?          _____

As of the date you file, the claim is:  Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Sioux Falls**          **SD**    **57108**
City                    State    ZIP Code

Type of NONPRIORITY unsecured claim:

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Unsecured Debt**

Debtor 1   **Quintina Dionne Jackson**        Case number (if known)   **17-34443**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.21**                                                          **$19,766.56**

**Houston Fcu**
Nonpriority Creditor's Name
**Houston Credit Union - Attention: Kathy**
Number       Street
**16320 Kensington Drive**

**Sugar Land**           **TX**      **77479**
City                  State     ZIP Code

Last 4 digits of account number    __ __ __ __

When was the debt incurred?       _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Auto Deficiency Claim**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.22**                                                          **$959.06**

**Houston Fcu**
Nonpriority Creditor's Name
**Houston Credit Union - Attention: Kathy**
Number       Street
**16320 Kensington Drive**

**Sugar Land**           **TX**      **77479**
City                  State     ZIP Code

Last 4 digits of account number    __ __ __ __

When was the debt incurred?       _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1     **Quintina Dionne Jackson**                                    Case number (if known)   **17-34443**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.23**

$1,018.39

**Houston Fcu**
Nonpriority Creditor's Name
**Houston Credit Union - Attention: Kathy**
Number        Street
**16320 Kensington Drive**

Last 4 digits of account number   __ __ __ __

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Sugar Land**           **TX**    **77479**
City                      State   ZIP Code

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Personal Loan**

**4.24**

$442.00

**Jefferson Capital Systems, LLC**
Nonpriority Creditor's Name
**16 McLeland Rd.**
Number        Street

Last 4 digits of account number   __ __ __ __

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Saint Cloud**          **MN**    **56303**
City                      State   ZIP Code

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Collection Account**

Debtor 1 __Quintina Dionne Jackson__    Case number (if known) __17-34443__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

Total claim

**4.25**

$647.00

**LendUp**
Nonpriority Creditor's Name
**237 Kearny St #372**
Number         Street

_____

**San Francisco         CA      94108**
City                              State       ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Personal Loan**

**4.26**

$1,557.92

**LVNV Funding LLC**
Nonpriority Creditor's Name
**c/o Resurgent Capital Services**
Number     Street
**P.O. Box 10587**

_____

**Greenville          SC      29603-0587**
City                              State       ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collection Account**

Debtor 1   **Quintina Dionne Jackson**                                          Case number (if known)   **17-34443**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.27

**LVNV Funding, LLC its successors and ass**
Nonpriority Creditor's Name
**assignee of Citibank, N.A.**
Number      Street
**Resurgent Capital Services**

**PO Box 10587**

**Greenville**            **SC**      **29603-0587**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**$1,191.94**

Last 4 digits of account number   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Unsecured Debt**

---

### 4.28

**MERRICK BANK**
Nonpriority Creditor's Name
**Resurgent Capital Services**
Number      Street
**PO Box 10368**

**Greenville**            **SC**      **29603-0368**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**$626.79**

Last 4 digits of account number   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Unsecured Debt**

Debtor 1  **Quintina Dionne Jackson**                                    Case number (if known)  **17-34443**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| 4.29 | | $647.00 |

**Merrick Bank**
Nonpriority Creditor's Name
**PO Box 23356**
Number        Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?        _____

**Pittsburg**              **PA**    **15222**
City                  State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Credit Card**

| 4.30 | | $454.38 |

**Midland Funding LLC**
Nonpriority Creditor's Name
**PO Box 2011**
Number        Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?        _____

**Warren**              **MI**    **48090**
City                  State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Collection Account**

Debtor 1    **Quintina Dionne Jackson**                                    Case number (if known)   **17-34443**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | | Total claim |
|---|---|---|

### 4.31

**Monroe & Main**
Nonpriority Creditor's Name
**c/o Creditors Bankruptcy Service**
Number        Street
**P.O. Box 800849**

**Dallas**                    **TX      75380**
City                          State   ZIP Code

**Who incurred the debt?**     Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$812.52**

Last 4 digits of account number    __ __ __ __

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Unsecured Debt**

### 4.32

**National Credit Adjusters**
Nonpriority Creditor's Name
**POB 3023-327 W. 4th St.**
Number        Street


**Hutchinson**              **KS      67504**
City                          State   ZIP Code

**Who incurred the debt?**     Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$1,565.00**

Last 4 digits of account number    __ __ __ __

When was the debt incurred?          _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collection Account**

Debtor 1    **Quintina Dionne Jackson**                                    Case number (if known)    **17-34443**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| Total claim |
|---|

---

**4.33**                                                                                                    **$1,526.31**

**NPRTO Texas LLC**
Nonpriority Creditor's Name
**256 West Data Drive**
Number          Street

_____

**Draper**                        **UT**      **84020**
City                                  State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __  __ __  __ __  __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:**  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Unsecured Debt**

---

**4.34**                                                                                                        **$0.00**

**OneMain**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number          Street
**601 NW 2nd St**

_____

**Evansville**                    **IN**      **47708**
City                                  State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **4   4   7   3**
**When was the debt incurred?**        **04/20/2015**

**As of the date you file, the claim is:**  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Secured**

Debtor 1  **Quintina Dionne Jackson**                                    Case number (if known)  **17-34443**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
| --- | --- |

| 4.35 | | $5,147.00 |
| --- | --- | --- |

**OSLA/Dept of Ed**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 18475**

**Oklahoma City**          **OK**    **73154**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **7**  **4**  **7**  **4**
**When was the debt incurred?**    **06/2017**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other.  Specify

| 4.36 | | $16,890.00 |
| --- | --- | --- |

**OSLA/Dept of Ed**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 18475**

**Oklahoma City**          **OK**    **73154**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **9**  **0**  **7**  **4**
**When was the debt incurred?**    **08/10/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other.  Specify

Debtor 1    **Quintina Dionne Jackson**                                          Case number (if known)    **17-34443**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |

4.37                                                                                                                    **$8,197.00**

**OSLA/Dept of Ed**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 18475**

**Oklahoma City            OK      73154**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **5   9   7   4**
**When was the debt incurred?**    **12/08/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

4.38                                                                                                                    **$6,101.00**

**OSLA/Dept of Ed**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 18475**

**Oklahoma City            OK      73154**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **9   0   7   4**
**When was the debt incurred?**    **09/28/2015**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

Debtor 1 __**Quintina Dionne Jackson**__    Case number (if known) __**17-34443**__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.39**

| | $1,270.79 |
|---|---|

**Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name
**POB 12914**
Number        Street

**Norfolk**            **VA**    **23541**
City                  State   ZIP Code

**Who incurred the debt?**    Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Collection Account**

---

**4.40**

| | $888.64 |
|---|---|

**Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name
**POB 12914**
Number        Street

**Norfolk**            **VA**    **23541**
City                  State   ZIP Code

**Who incurred the debt?**    Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify **Collection Account**

Debtor 1     __Quintina Dionne Jackson_____     Case number (if known) __17-34443__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |
|---|---|

**4.41**

| | $1,345.39 |
|---|---|

**Portfolio Recovery Associates, LLC**
Nonpriority Creditor's Name
**POB 12914**
Number        Street

_____

**Norfolk                    VA        23541**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Collection Account**

**4.42**

| | $1,565.31 |
|---|---|

**Reviver Financial, LLC**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
Number        Street
**P.O. Box 3023**

**Hutchinson, K.S. 67504**
_____
City                          State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Personal Loan**

Debtor 1    **Quintina Dionne Jackson**                                    Case number (if known)   **17-34443**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

4.43

|  |  | **$2,625.00** |
|---|---|---|

**Rs Clark and Assoc.**
Nonpriority Creditor's Name
**12990 Pandora Dr., Ste. 150**
Number        Street

_____

**Dallas**                    **TX**      **75238**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Collection Account**

4.44

|  |  | **$1,025.27** |
|---|---|---|

**Seventh Avenue**
Nonpriority Creditor's Name
**c/o Creditors Bankruptcy Service**
Number        Street
**P.O. Box 800849**

_____

**Dallas**                    **TX**      **75380**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Credit Card**

Debtor 1  **Quintina Dionne Jackson**                                    Case number (if known)  **17-34443**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

| 4.45 |
|------|

**$454.00**

**Synchrony Bank/Walmart**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number          Street
**PO Box 965064**

**Orlando**               **FL**     **32896**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?         _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify  **Charge Account**

---

| 4.46 |
|------|

**$286.25**

**Wells Fargo Bank NA**
Nonpriority Creditor's Name
**PO Box 10438**
Number          Street


**Des Moines**            **IA**     **50306-0438**
City                    State   ZIP Code

**Who incurred the debt?**   Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?         _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify  **Personal Loan**

Debtor 1  **Quintina Dionne Jackson**                                    Case number (if known)  **17-34443**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.47 | | $254.37 |
|---|---|---|

**Wells Fargo Bank, N.A.**
Nonpriority Creditor's Name
**P.O. Box 45038 MAC Z3057012**
Number        Street
**Jacksonville, FL 322325038**

City                    State      ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Personal Loan**

| 4.48 | | $201.77 |
|---|---|---|

**Wells Fargo Bank, N.A.**
Nonpriority Creditor's Name
**P.O. Box 45038 MAC Z3057012**
Number        Street
**Jacksonville, FL 322325038**

City                    State      ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Personal Loan**

Debtor 1   **Quintina Dionne Jackson** _____   Case number (if known) **17-34443** _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**ADT Security Services**
Name
**PO Box 650485**
Number      Street

_____

**Dallas**            **TX**    **75265**
City                  State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line ___**4.1**___ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                         ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Buckley Madole, P.C.**
Name
**14841 Dallas Parkway, Suite 425**
Number      Street

_____

**Dallas**            **TX**    **75254**
City                  State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Buckley Madole, PC**
Name
**PO Box 9013**
Number      Street

_____

**Addison**           **TX**    **75001**
City                  State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

---

**Capital One**
Name
**Attn: Bankruptcy**
Number      Street
**PO Box 30253**

**Salt Lake City**    **UT**    **84130**
City                  State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **8**  **0**  **2**  **0**

---

**Capital One**
Name
**Attn: Bankruptcy**
Number      Street
**PO Box 30253**

**Salt Lake City**    **UT**    **84130**
City                  State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2**  **5**  **3**  **4**

Debtor 1    **Quintina Dionne Jackson**                                    Case number (if known)   **17-34443**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Capital One/Neiman Marcus/Bergdorf Goodm**
Name
**PO Box 729080**
Number        Street

**Charge Account**

**Dallas                    TX      75372**
City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **8    2    0    9**

---

**Chase Card**
Name
**Attn: Correspondence Dept**
Number        Street
**PO Box 15298**

**Wilmington              DE      19850**
City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6    3    8    5**

---

**Conns**
Name
**Box 2358**
Number        Street

**Secured**

**Beaumont                TX      77704**
City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2    9    4    5**

---

**Conns Credit Corp**
Name
**3295 College St**
Number        Street

**Secured**

**Beaumont                TX      77701**
City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2    9    4    2**

---

**Conns Credit Corp**
Name
**3295 College St**
Number        Street

**Secured**

**Beaumont                TX      77701**
City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2    9    4    1**

---

**Conns Credit Corp**
Name
**3295 College St**
Number        Street

**Secured**

**Beaumont                TX      77701**
City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2    9    3    5**

Debtor 1   **Quintina Dionne Jackson**                                    Case number (if known)   **17-34443**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Conns Credit Corp**
Name
**3295 College St**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Secured**                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    2  9  3  6

**Beaumont**          **TX**   **77701**
City                 State   ZIP Code

---

**Conns Credit Corp**
Name
**3295 College St**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Secured**                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    2  9  3  7

**Beaumont**          **TX**   **77701**
City                 State   ZIP Code

---

**Conns Credit Corp**
Name
**3295 College St**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Secured**                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    2  9  3  8

**Beaumont**          **TX**   **77701**
City                 State   ZIP Code

---

**Conns Credit Corp**
Name
**3295 College St**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Secured**                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    2  9  3  9

**Beaumont**          **TX**   **77701**
City                 State   ZIP Code

---

**Conns Credit Corp**
Name
**3295 College St**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Secured**                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    2  9  4  0

**Beaumont**          **TX**   **77701**
City                 State   ZIP Code

---

**Conns Credit Corp**
Name
**3295 College St**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Secured**                          ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    2  9  4  3

**Beaumont**          **TX**   **77701**
City                 State   ZIP Code

Debtor 1   **Quintina Dionne Jackson**                                    Case number (if known)   **17-34443**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Conns Credit Corp**
Name
**3295 College St**
Number        Street

**Beaumont**          **TX**     **77701**
City                 State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Secured**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **2**   **9**   **4**   **4**

---

**Consumer Portfolio Svc**
Name
**Attn: Bankruptcy**
Number        Street
**19500 Jamboree Rd**

**Irvine**           **CA**     **92612**
City                 State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Automobile**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **1**   **7**   **3**   **4**

---

**Credit First National Assoc**
Name
**Attn: BK Credit Operations**
Number        Street
**PO Box 81315**

**Cleveland**        **OH**     **44181**
City                 State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **6**   **9**   **3**   **8**

---

**Credit One Bank Na**
Name
**PO Box 98873**
Number        Street

**Las Vegas**        **NV**     **89193**
City                 State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **9**   **9**   **8**   **5**

---

**Dillards Card Srvs/Wells Fargo Bank Na**
Name
**PO Box 10347**
Number        Street

**Des Moines**       **IA**     **50306**
City                 State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **9**   **4**   **6**   **3**

---

**Fingerhut**
Name
**6250 Ridgewood Rd**
Number        Street

**St Cloud**         **MN**     **56303**
City                 State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **5**   **6**   **0**   **1**

---

Debtor 1   **Quintina Dionne Jackson**                                          Case number (if known)  **17-34443**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**First Premier Bank**
Name
**601 S Minneapolis Ave**
Number        Street




**Sioux Falls**            **SD**    **57104**
City                     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    _0_  _4_  _7_  _5_

---

**First Premier Bank**
Name
**601 S Minneapolis Ave**
Number        Street




**Dious FDalls**            **SD**    **57104**
City                     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    _0_  _7_  _3_  _8_

---

**First Savings Credit Card**
Name
**PO Box 5019**
Number        Street




**Sioux Falls**            **SD**    **57117**
City                     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    _5_  _3_  _1_  _9_

---

**First Savings Credit Card**
Name
**PO Box 5019**
Number        Street




**Sioux Falls**            **SD**    **57117**
City                     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    _5_  _9_  _7_  _2_

---

**First Svgs Bk-blaze**
Name
**PO Box 5096**
Number        Street




**Sioux Falls**            **SD**    **57117**
City                     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    _3_  _8_  _2_  _1_

---

**Houston Fcu**
Name
**Houston Credit Union  - Attention: Kathy**
Number        Street
**16320 Kensington Drive**




**Sugar Land**            **TX**    **77479**
City                     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Unsecured**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    _0_  _0_  _8_  _3_

Debtor 1    **Quintina Dionne Jackson**                                      Case number (if known)  **17-34443**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Houston Fcu**
Name
**Houston Credit Union  - Attention: Kathy**
Number       Street
**16320 Kensington Drive**

**Sugar Land**        **TX**    **77479**
City                  State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*
**Automobile**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0    0    8    4**

---

**Houston Fcu**
Name
**Houston Credit Union  - Attention: Kathy**
Number       Street
**16320 Kensington Drive**

**Sugar Land**        **TX**    **77479**
City                  State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*
**Unsecured**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0    0    8    0**

---

**Houston Fcu**
Name
**Houston Credit Union  - Attention: Kathy**
Number       Street
**16320 Kensington Drive**

**Sugar Land**        **TX**    **77479**
City                  State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*
**Automobile**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0    0    8    1**

---

**Houston Fcu**
Name
**Houston Credit Union  - Attention: Kathy**
Number       Street
**16320 Kensington Drive**

**Sugar Land**        **TX**    **77479**
City                  State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*
**Unsecured**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0    0    8    5**

---

**Houston Fcu**
Name
**Houston Credit Union  - Attention: Kathy**
Number       Street
**16320 Kensington Drive**

**Sugar Land**        **TX**    **77479**
City                  State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*
**Credit Card**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0    0    8    2**

---

**Houston Fcu**
Name
**Houston Credit Union  - Attention: Kathy**
Number       Street
**16320 Kensington Drive**

**Sugar Land**        **TX**    **77479**
City                  State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*
**Unsecured**

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0    0    8    6**

---

Debtor 1   **Quintina Dionne Jackson**                                      Case number (if known)  **17-34443**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Houston Fcu**
Name
**Houston Credit Union  - Attention: Kathy**
Number      Street
**16320 Kensington Drive**


**Sugar Land**          **TX**    **77479**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0**   **0**   **8**   **7**

---

**Internal Revenue Service**
Name
**Centralized Insolvency Operations**
Number      Street
**P.O. Box 7346**


**Philadelphia**          **PA**    **19101-7346**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___  ___  ___  ___

---

**Jefferson Capital Systems, LLC**
Name
**PO Box 7999**
Number      Street


**Saint Cloud**          **MN**    **56302-7999**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    ___  ___  ___  ___

---

**Liftfund**
Name
**2007 W Martin St**
Number      Street


**San Antonio**          **TX**    **78207**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6**   **4**   **9**   **1**

---

**Liftfund**
Name
**2007 W Martin St**
Number      Street


**San Antonio**          **TX**    **78207**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **4**   **5**   **5**   **3**

---

**Mabt/contfin**
Name
**121 Continental Dr Ste 1**
Number      Street


**Newark**          **DE**    **19713**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **5**   **6**   **6**   **1**

Debtor 1  __Quintina Dionne Jackson__     Case number (if known)  __17-34443__

| **Part 3:** | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

---

**Monroe & Main**
Name
**c/o Creditors Bankruptcy Service**
Number     Street
**1112 Seventh Ave.**

| **Monroe** | **WI** | **53566** |
| City | State | ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Unsecured Debt**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**Monroe And Main**
Name
**1112 Seventh Ave.**
Number     Street

| **Monroe** | **WI** | **53566** |
| City | State | ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   _9_ _1_ _1_ _O_

---

**OSLA Student Loan Servicing**
Name
**PO BOX 18475**
Number     Street

| **Oklahoma City** | **OK** | **73154-0475** |
| City | State | ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**Rise Credit**
Name
**Attn: Customer Support**
Number     Street
**PO Box 101808**

| **Fort Worth** | **TX** | **76185** |
| City | State | ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Unsecured**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   _9_ _5_ _6_ _6_

---

**Rise Credit**
Name
**Attn: Customer Support**
Number     Street
**PO Box 101808**

| **Fort Worth** | **TX** | **76185** |
| City | State | ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Unsecured**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   _6_ _5_ _0_ _6_

---

**Rise Credit**
Name
**Attn: Customer Support**
Number     Street
**PO Box 101808**

| **Fort Worth** | **TX** | **76185** |
| City | State | ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Unsecured**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   _3_ _7_ _5_ _5_

Debtor 1   **Quintina Dionne Jackson**                                    Case number (if known)   **17-34443**

| Part 3: | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Rise Credit**
Name
**Attn: Customer Support**
Number      Street
**PO Box 101808**

**Fort Worth**          **TX**   **76185**
City                    State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Unsecured**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **3** **1** **0** **6**

---

**Rise Credit**
Name
**Attn: Customer Support**
Number      Street
**PO Box 101808**

**Fort Worth**          **TX**   **76185**
City                    State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Unsecured**                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **0** **9** **9** **8**

---

**Santander Consumer USA**
Name
**PO Box 961245**
Number      Street

**Ft Worth**          **TX**   **76161**
City                  State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Automobile**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **1** **0** **0** **0**

---

**Santander Consumer USA**
Name
**PO Box 961275**
Number      Street

**Fort Worth**          **TX**   **76161**
City                    State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Automobile**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **1** **0** **0** **0**

---

**Seventh Avenue**
Name
**Seventh Avenue, Inc**
Number      Street
**1112 7th Ave**

**Monroe**          **WI**   **53566**
City                State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **9** **5** **7** **O**

---

**Southwest Credit**
Name
**4120 International Pkwy, Ste. 1100**
Number      Street

**Carrollton**          **TX**   **75007**
City                    State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Collection Account**         ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

---

Debtor 1    **Quintina Dionne Jackson**                                    Case number (if known)   **17-34443**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Springleaf Financial S**
Name
**13837 Breck St Ste E**
Number       Street

**Houston**              **TX**    **77066**
City                     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Secured**                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6   2   0   9**

---

**Springlf Fin**
Name
**13837 Breck St Ste E**
Number       Street

**Houston**              **TX**    **77066**
City                     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Secured**                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6   2   0   9**

---

**Synchrony Bank/ Old Navy**
Name
**Attn: Bankruptcy**
Number       Street
**PO Box 956060**

**Orlando**              **FL**    **32896**
City                     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **5   8   1   9**

---

**Synchrony Bank/Sams**
Name
**Attn: Bankruptcy**
Number       Street
**PO Box 965060**

**Orlando**              **FL**    **32896**
City                     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6   9   9   0**

---

**Synchrony Bank/Sams**
Name
**Attn: Bankruptcy**
Number       Street
**PO Box 965060**

**Orlando**              **FL**    **32896**
City                     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **9   7   1   5**

---

**Synchrony Bank/TJX**
Name
**Attn: Bankruptcy**
Number       Street
**PO Box 956060**

**Orlando**              **FL**    **32896**
City                     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **5   8   8   5**

---

Debtor 1  **Quintina Dionne Jackson**                                    Case number (if known)  **17-34443**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**US Bank/Rms CC**
Name
**Card Member Services**
Number        Street
**PO Box 108**

**St Louis**          **MO**    **63166**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Credit Card**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2**  **3**  **0**  **8**

---

**Visa Dept Store National Bank/Macy's**
Name
**Attn: Bankruptcy**
Number        Street
**PO Box 8053**

**Mason**          **OH**    **45040**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Charge Account**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0**  **6**  **5**  **0**

---

**Wells Fargo**
Name
**PO Box 93399**
Number        Street

**Albuquequer**          **NM**    **87199-3399**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Wells Fargo Bank**
Name
**PO Box 10438**
Number        Street
**MACF8235-02F**

**Des Moines**          **IA**    **50306**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Secured Credit Card**            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0**  **4**  **0**  **6**

---

**Wells Fargo Dealer Services**
Name
**Attn: Bankruptcy**
Number        Street
**PO Box 19657**

**Irvine**          **CA**    **92623**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Automobile**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **7**  **5**  **2**  **7**

Debtor 1    **Quintina Dionne Jackson**                              Case number (if known)   **17-34443**

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6.  **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
    28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. **$0.00** |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + **$3,325.00** |
| | 6e. | **Total.**   Add lines 6a through 6d. | 6d. **$3,325.00** |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. **$36,335.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. **$0.00** |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + **$56,079.56** |
| | 6j. | **Total.**   Add lines 6f through 6i. | 6j. **$92,414.56** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Quintina** | **Dionne** | **Jackson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **17-34443**
(if known)

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** **AT&T** | **Home Security System** |
| Name | **Contract to be ASSUMED** |
| **P.O. Box 5001** | |
| Number    Street | |
| | |
| **Carol Stream**          **IL**    **60197-5001** | |
| City                  State   ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | <u>**Quintina**</u> | <u>**Dionne**</u> | <u>**Jackson**</u> |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>**SOUTHERN DISTRICT OF TEXAS**</u>

Case number <u>**17-34443**</u>
(if known)

☐ Check if this is an
   amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   ☐ No. Go to line 3.
   ☒ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☒ No
      ☐ Yes

3. **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G).  Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:*  **Your codebtor**

   *Column 2:*  **The creditor to whom you owe the debt**

   Check all schedules that apply:

**Fill in this information to identify your case:**

| Debtor 1 | **Quintina** | **Dionne** | **Jackson** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) **17-34443**

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | Lawn Service (1099) | |
| **Employer's name** | | Quintina Jackson Lawn Service | |
| **Employer's address** | | 4722 Bicentennial Court<br>Number  Street | Number  Street |
| | | Houston    TX   77066<br>City          State  Zip Code | City          State  Zip Code |
| **How long employed there?** | | 9 Years | |

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | |
| **3.** | Estimate and list monthly overtime pay. | 3. + | $0.00 | |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | $0.00 | |

Debtor 1    **Quintina Dionne Jackson**                          Case number (if known)  **17-34443**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
|  | Copy line 4 here ......................................................➔  4. | $0.00 | |

**5.**  **List all payroll deductions:**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | 5a. | Tax, Medicare, and Social Security deductions | 5a. | $0.00 | |
| | 5b. | Mandatory contributions for retirement plans | 5b. | $0.00 | |
| | 5c. | Voluntary contributions for retirement plans | 5c. | $0.00 | |
| | 5d. | Required repayments of retirement fund loans | 5d. | $0.00 | |
| | 5e. | Insurance | 5e. | $0.00 | |
| | 5f. | Domestic support obligations | 5f. | $0.00 | |
| | 5g. | Union dues | 5g. | $0.00 | |
| | 5h. | Other deductions.<br>Specify: _____ | 5h. + | $0.00 | |

**6.**  **Add the payroll deductions.**    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    6.    $0.00

**7.**  **Calculate total monthly take-home pay.**    Subtract line 6 from line 4.    7.    $0.00

**8.**  **List all other income regularly received:**

| | 8a. | Net income from rental property and from operating a business, profession, or farm | 8a. | $4,175.00 | |
|---|---|---|---|---|---|
| | | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | 8b. | Interest and dividends | 8b. | $0.00 | |
| | 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | |
| | | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | 8d. | Unemployment compensation | 8d. | $0.00 | |
| | 8e. | Social Security | 8e. | $0.00 | |
| | 8f. | Other government assistance that you regularly receive | | | |
| | | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $0.00 | |
| | 8g. | Pension or retirement income | 8g. | $0.00 | |
| | 8h. | Other monthly income.<br>Specify: _____ | 8h. + | $0.00 | |

**9.**  **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9.    $4,175.00

**10.**  **Calculate monthly income.**  Add line 7 + line 9.    10.    $4,175.00  +  _____  =  $4,175.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.**  **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11.  +  $0.00

**12.**  **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.    $4,175.00

**Combined monthly income**

Debtor 1   **Quintina Dionne Jackson**                                    Case number (if known)   **17-34443**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

| **None.** |
| --- |
| |
| |
| |

Debtor 1    **Quintina Dionne Jackson**                                   Case number (if known)    **17-34443**

1.  **Additional Employers**    <u>Debtor 1</u>                                   <u>Debtor 2 or non-filing spouse</u>

| | |
|---|---|
| **Occupation** | **Janitorial Service** |
| **Employer's name** | **Swept Away Cleaning Service** |
| **Employer's address** | **4722 Bicentennial Court** |

| | | |
|---|---|---|
| **Houston** | **TX** | **77066** |
| City | State | Zip Code |

City                                                       State      Zip Code

**How long employed there?**    **7 Months**

Debtor 1    **Quintina Dionne Jackson**                                   Case number (if known)   **17-34443**

8a.  Attached Statement (Debtor 1)

### Quintina Jackson Lawn Service

**Gross Monthly Income:**                                                                    **$3,550.00**

| Expense | Category | Amount |
|---|---|---|
| Labor | Labor | **$200.00** |
| Gasoline | Gasoline | **$300.00** |
| Self-Employment Taxes | Taxes | **$200.00** |

**Total Monthly Expenses**                                                                   **$700.00**

**Net Monthly Income:**                                                                      **$2,850.00**

Debtor 1    **Quintina Dionne Jackson** _____    Case number (if known)   **17-34443** _____

8a.  Attached Statement (Debtor 1)

## Swept Away Cleaning Service

**Gross Monthly Income:**                                                              **$1,700.00**

| Expense | Category | Amount |
|---|---|---|
| Cleaning Supplies | Supplies | **$175.00** |
| Gasoline | Gasoline | **$100.00** |
| Self-Employment Taxes | Taxes | **$100.00** |

**Total Monthly Expenses**                                                             **$375.00**

**Net Monthly Income:**                                                                **$1,325.00**

**Fill in this information to identify your case:**

Debtor 1          __Quintina__          __Dionne__          __Jackson__
                    First Name            Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   __SOUTHERN DISTRICT OF TEXAS__

Case number       __17-34443__
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1.  **Is this a joint case?**

☑ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**
     ☐ No
     ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  **Do you have dependents?**        ☐ No
    Do not list Debtor 1 and        ☑ Yes. Fill out this information
    Debtor 2.                             for each dependent.....................

    Do not state the dependents'
    names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | __Son__ | __21 years__ | ☐ No  ☑ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |
| | _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**        ☑ No
                                                                                                     ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.**       4.   _____
    Include first mortgage payments and any rent for the ground or lot.

    If not included in line 4:

    4a.  Real estate taxes                                              4a.  _____

    4b.  Property, homeowner's, or renter's insurance                  4b.  _____

    4c.  Home maintenance, repair, and upkeep expenses                 4c.  _____

    4d.  Homeowner's association or condominium dues                   4d.  _____

Debtor 1   **Quintina Dionne Jackson** _____   Case number (if known)   **17-34443** _____

|  | **Your expenses** |
|---|---|

| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$210.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$65.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$150.00** |
| | 6d.  Other. Specify:   **Cell Phone** | 6d. | **$185.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$525.00** |
| 8. | **Childcare and children's education costs** | 8. | _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$155.00** |
| 10. | **Personal care products and services** | 10. | **$85.00** |
| 11. | **Medical and dental expenses** | 11. | **$40.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$250.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$85.00** |
| 14. | **Charitable contributions and religious donations** | 14. | _____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | _____ |
| | 15b.  Health insurance | 15b. | _____ |
| | 15c.  Vehicle insurance | 15c. | **$275.00** |
| | 15d.  Other insurance. Specify: _____ | 15d. | _____ |
| 16. | **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | _____ |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | _____ |
| | 17b.  Car payments for Vehicle 2 | 17b. | _____ |
| | 17c.  Other. Specify: _____ | 17c. | _____ |
| | 17d.  Other. Specify: _____ | 17d. | _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | _____ |

Debtor 1   **Quintina Dionne Jackson**                                Case number (if known)   **17-34443**

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

20a.  Mortgages on other property                                                  20a.  _____

20b.  Real estate taxes                                                            20b.  _____

20c.  Property, homeowner's, or renter's insurance                                 20c.  _____

20d.  Maintenance, repair, and upkeep expenses                                     20d.  _____

20e.  Homeowner's association or condominium dues                                  20e.  _____

**21.** **Other.**   Specify:  **Home security**                                   21.  +  _____ **$45.00**

**22.** **Calculate your monthly expenses.**

22a.  Add lines 4 through 21.                                                       22a.  _____ **$2,070.00**

22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b.  _____

22c.  Add line 22a and 22b.  The result is your monthly expenses.                   22c.  _____ **$2,070.00**

**23.** **Calculate your monthly net income.**

23a.  Copy line 12 (your combined monthly income) from Schedule I.                  23a.  _____ **$4,175.00**

23b.  Copy your monthly expenses from line 22c above.                               23b.  − _____ **$2,070.00**

23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.                                             23c.  _____ **$2,105.00**

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.   Explain here:
**None.**

**Fill in this information to identify your case:**

Debtor 1 <u>Quintina</u> <u>Dionne</u> <u>Jackson</u>
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: <u>SOUTHERN DISTRICT OF TEXAS</u>

Case number <u>17-34443</u>
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  Fill out all of your schedules first; then complete the information on this form.  If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:     Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B.................................................... **$151,341.00**

   1b. Copy line 62, Total personal property, from Schedule A/B........................................ **$18,632.00**

   1c. Copy line 63, Total of all property on Schedule A/B................................................... **$169,973.00**

### Part 2:     Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$140,775.82**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... **$3,325.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F........................... **+ $92,414.56**

   **Your total liabilities** **$236,515.38**

### Part 3:     Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I.......................................................................... **$4,175.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J.................................................................................. **$2,070.00**

Debtor 1     **Quintina Dionne Jackson**        Case number (if known)   **17-34443**

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6.**    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑   Yes

**7.**    **What kind of debt do you have?**

☑   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.**    From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

     **$5,612.33**

**9.**    **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F,* copy the following:** | |
| 9a. Domestic support obligations. (Copy line 6a.) | **$0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | **$0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | **$0.00** |
| 9d. Student loans. (Copy line 6f.) | **$36,335.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | **$0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +   **$0.00** |
| 9g. **Total.** Add lines 9a through 9f. | **$36,335.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Quintina** | **Dionne** | **Jackson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-34443**
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement,
concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to
$250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____   Attach *Bankruptcy Petition Preparer's Notice,*
*Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are
true and correct.**

X **/s/ Quintina Dionne Jackson**                          X _____
   Quintina Dionne Jackson, Debtor 1                          Signature of Debtor 2

Date  **08/07/2017**                                        Date _____
   MM / DD / YYYY                                               MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | <u>Quintina</u><br>First Name | <u>Dionne</u><br>Middle Name | <u>Jackson</u><br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>**SOUTHERN DISTRICT OF TEXAS**</u>

Case number
(if known)   <u>**17-34443**</u>

☐ Check if this is an
amended filing

<u>Official Form 107</u>

# Statement of Financial Affairs for Individuals Filing for Bankruptcy   04/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1     __Quintina Dionne Jackson_____     Case number (if known) __17-34443_____

| **Part 2:** | **Explain the Sources of Your Income** |

**4.**    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $33,674.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2016__)<br><sub>YYYY</sub> | ☑ Wages, commissions, bonuses, tips | $17,016.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2015__)<br><sub>YYYY</sub> | ☑ Wages, commissions, bonuses, tips | $32,860.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

**5.**    **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☑ No
☐ Yes.  Fill in the details.

Debtor 1   **Quintina Dionne Jackson**                                  Case number (if known)   **17-34443**

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

      During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

      ☐ No.  Go to line 7.

      ☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

      * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☒ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

      During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

      ☒ No.  Go to line 7.

      ☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☒ No
☐ Yes.  List all payments to an insider.

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes.  List all payments that benefited an insider.

Debtor 1    __Quintina Dionne Jackson_____     Case number (if known) __17-34443_____

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes.  Fill in the details.

| **Case title** | **Nature of the case** | **Court or agency** | | **Status of the case** |
|---|---|---|---|---|
| **Chapter 13 Bankruptcy** | **Bankruptcy** | **Southern District of Texas** | | ☐ Pending |
| | | Court Name | | |
| | | **515 Rusk** | | ☐ On appeal |
| | | Number     Street | | |
| Case number __16-33633__ | | | | ☑ Concluded |
| | | **Houston**          **TX**     **77002** | | |
| | | City                State   ZIP Code | | |

| **Case title** | **Nature of the case** | **Court or agency** | | **Status of the case** |
|---|---|---|---|---|
| **Houston FCU vs. Quintina Jackson** | **Breach of Contract** | **Harris County Court at Law no. 1** | | ☐ Pending |
| | | Court Name | | |
| | | **201 Caroline** | | ☐ On appeal |
| | | Number     Street | | |
| Case number __10-77685__ | | | | ☑ Concluded |
| | | **Houston**          **TX**     **77002** | | |
| | | City                State   ZIP Code | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes.  Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

Debtor 1    **Quintina Dionne Jackson**                                                    Case number (if known)   **17-34443**

| **Part 5:** | **List Certain Gifts and Contributions** |

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| **Part 6:** | **List Certain Losses** |

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| **Part 7:** | **List Certain Payments or Transfers** |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Acosta Law, P.C.** <br> Person Who Was Paid <br> **13831 NW Fwy** <br> Number    Street <br> **Suite 400** <br><br> **Houston           TX      77040** <br> City                State    ZIP Code <br> **alex@acostalaw.us** <br> Email or website address <br><br> Person Who Made the Payment, if Not You | **$600.00 Atty Fees** <br> **$310.00 Filing Fees** <br> **$33.00 Credit Reports** | 07/25/17 | $343.00 |
| **DebtorCC, Inc.** <br> Person Who Was Paid <br> **378 Summit Avenue** <br> Number    Street <br><br> **Jersey City        NJ      07306** <br> City                State    ZIP Code <br><br> Email or website address <br><br> Person Who Made the Payment, if Not You | **Credit Counseling** | 07/25/17 | $14.95 |

Official Form 107     **Statement of Financial Affairs for Individuals Filing for Bankruptcy**     page 5

Debtor 1    **Quintina Dionne Jackson**                                    Case number (if known)   **17-34443**

**17.**  **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes.  Fill in the details.

**18.**  **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes.  Fill in the details.

**19.**  **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes.  Fill in the details.

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
| --- | --- |

**20.**  **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes.  Fill in the details.

**21.**  **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes.  Fill in the details.

**22.**  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes.  Fill in the details.

| Part 9: | Identify Property You Hold or Control for Someone Else |
| --- | --- |

**23.**  **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes.  Fill in the details.

Debtor 1   **Quintina Dionne Jackson**                                  Case number (if known)   **17-34443**

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■   *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■   *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■   *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.   **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑  No
☐  Yes.  Fill in the details.

25.   **Have you notified any governmental unit of any release of hazardous material?**

☑  No
☐  Yes.  Fill in the details.

26.   **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑  No
☐  Yes.  Fill in the details.

## Part 11:   Give Details About Your Business or Connections to Any Business

27.   **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑  A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐  A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐  A partner in a partnership
☐  An officer, director, or managing executive of a corporation
☐  An owner of at least 5% of the voting or equity securities of a corporation

☐  No.  None of the above applies.  Go to Part 12.
☑  Yes.  Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| **Quintina Jackson's Lawn Service (db** <br> Business Name | Lawn Service | Do not include Social Security number or ITIN. |
| **4722 Bicentennial Court.** <br> Number    Street | Name of accountant or bookkeeper | EIN:  **4    6  –  3    1    9    6    3    5    3** |
| | | Dates business existed |
| **Houston**          **TX**   **77066** <br> City                    State   ZIP Code | | From    **08/2008**    To   **Still Active** |

Debtor 1    **Quintina Dionne Jackson**                         Case number (if known)   **17-34443**

**Swept Away Cleaning Service (dba)**        Describe the nature of the business    **Employer Identification number**
Business Name                                **Janitorial/Cleaning Service**        Do not include Social Security number or ITIN.

**4722 Bicentennial Court.**                                                       EIN: **4   6 – 3   1   9   6   3   5   3**
Number    Street                             Name of accountant or bookkeeper

                                                                                   **Dates business existed**

**Houston              TX   77066**                                                From      **1/2017**      To  **Still Active**
City              State  ZIP Code

28.   **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include
      all financial institutions, creditors, or other parties.**

☑  No
☐  Yes.  Fill in the details below.

---

**Part 12:**   **Sign Below**

---

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury
that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or
property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years,
or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X  **/s/ Quintina Dionne Jackson**              X  _____
   Quintina Dionne Jackson, Debtor 1               Signature of Debtor 2

   Date    **08/07/2017**                          Date   _____


**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☑  No
☐  Yes


**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑  No
☐  Yes.  Name of person _____          Attach the  *Bankruptcy Petition Preparer's Notice,*
                                                                 *Declaration, and Signature*  (Official Form 119).

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

Debtor 1    <u>Quintana</u>    <u>Dionne</u>    <u>Jackson</u>
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: <u>SOUTHERN DISTRICT OF TEXAS</u>

Case number    <u>17-34443</u>
(if known)

</td></tr>
</table>

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☐ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☒ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☐ 3. The commitment period is 3 years.

☒ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

## Part 1:   Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☒ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $5,612.33 | |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse. | $0.00 | |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $0.00 | |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | | | | |
| Ordinary and necessary operating expenses | − $0.00 | − | | | |
| Net monthly income from a business, profession, or farm | $0.00 | | Copy here ➜ | $0.00 | |

Debtor 1    **Quintina Dionne Jackson**

Case number (if known) **17-34443**

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**6. Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | | | | |
| Ordinary and necessary operating expenses | − $0.00 | − | | | |
| Net monthly income from rental or other real property | $0.00 | | Copy here ➡ | $0.00 | |

**7. Interest, dividends, and royalties** — $0.00

**8. Unemployment compensation** — $0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: .............↓

For you................................................................. $0.00

For your spouse..............................................

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. — $0.00

**10. Income from all other sources not listed above.** Specify the source and amount.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.  If necessary, list other sources on a separate page and put the total below.

Total amounts from separate pages, if any.   +   + 

**11. Calculate your total average monthly income.** Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$5,612.33 + [ ] = **$5,612.33**

**Total average monthly income**

---

**Part 2:   Determine How to Measure Your Deductions from Income**

**12.** Copy your total average monthly income from line 11. ........................................................ $5,612.33

**13. Calculate the marital adjustment.** Check one:

☑ You are not married.  Fill in 0 below.
☐ You are married and your spouse is filing with you.  Fill in 0 below.
☐ You are married and your spouse is not filing with you.
Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.
Below, specify the basis for excluding this income and the amount of income devoted to each purpose.  If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

(See continuation page.)

Total................................................................. $0.00   Copy here ➡   − $0.00

Debtor 1    **Quintina Dionne Jackson**                                     Case number (if known) **17-34443**

**14.** **Your current monthly income.** Subtract the total in line 13 from line 12. | **$5,612.33**

**15.** **Calculate your current monthly income for the year.** Follow these steps:

15a.   Copy line 14 here ➡ .......................................................................................... | **$5,612.33**

  Multiply line 15a by 12 (the number of months in a year).   |   X   **12**

15b.   The result is your current monthly income for the year for this part of the form. ............... | **$67,347.96**

**16.** **Calculate the median family income that applies to you.** Follow these steps:

16a.   Fill in the state in which you live.   **Texas**

16b.   Fill in the number of people in your household.   **2**

16c.   Fill in the median family income for your state and size of household.......................... | **$61,704.00**
  To find a list of applicable median income amounts, go online using the link specified in the separate
  instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17.** **How do the lines compare?**

17a.  ☐   Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined
  under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out Calculation of Your Disposable Income (Official Form 122C-2).

17b.  ☑   Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under
  11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).**
  On line 39 of that form, copy your current monthly income from line 14 above.

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)** |

**18.** **Copy your total average monthly income from line 11.** ........................................ | **$5,612.33**

**19.** **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend
that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's
income, copy the amount from line 13.

19a.   If the marital adjustment does not apply, fill in 0 on line 19a. ................................ — | **$0.00**

19b.   **Subtract line 19a from line 18.** | **$5,612.33**

**20.** **Calculate your current monthly income for the year.** Follow these steps:

20a.   Copy line 19b ............................................................................................. | **$5,612.33**

  Multiply by 12 (the number of months in a year).   |   X   **12**

20b.   The result is your current monthly income for the year for this part of the form. | **$67,347.96**

20c.   Copy the median family income for your state and size of household from line 16c. ............ | **$61,704.00**

**21.** **How do the lines compare?**

  ☐   Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form,
  check box 3, *The commitment period is 3 years.* Go to Part 4.

  ☑   Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1
  of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

Debtor 1   **Quintina Dionne Jackson**                                    Case number (if known) __17-34443__

| Part 4: | Sign Below |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X** **/s/ Quintina Dionne Jackson**                          **X** _____
Quintina Dionne Jackson, Debtor 1                              Signature of Debtor 2

Date __8/7/2017__                                             Date _____
    MM / DD / YYYY                                           MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form.  On line 39 of that form, copy your current monthly income from line 14 above.

Debtor 1 __**Quintina Dionne Jackson**_____     Case number (if known) __**17-34443**_____

### 13. Marital Adjustment (continued):

| State each purpose for which the income was used | Amount to subtract |
|---|---|

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | <u>Quintina</u> | <u>Dionne</u> | <u>Jackson</u> |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-34443**
(if known)

☐ Check if this is an amended filing

Official Form 122C-2

# Chapter 13 Calculation of Your Disposable Income

04/16

To fill out this form, you will need your completed copy of **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C-1).**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

## Part 1:  Calculate Your Deductions from Your Income

**The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.**

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 122C-1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 122C-1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5. **The number of people used in determining your deductions from income**

Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

| 2 |
|---|

| National Standards | You must use the IRS National Standards to answer the questions in lines 6-7. |
|---|---|

6. **Food, clothing and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.                          **$1,132.00**

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories—people who are under 65 and people who are 65 or older—because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

| People who are under 65 years of age | | | |
|---|---|---|---|
| 7a. | Out-of-pocket health care allowance per person | **$49.00** | |
| 7b. | Number of people who are under 65 | X ____2____ | |
| 7c. | **Subtotal.** Multiply line 7a by line 7b. | **$98.00** | Copy here ➡ **$98.00** |

| People who are 65 years of age or older | | | |
|---|---|---|---|
| 7d. | Out-of-pocket health care allowance per person | **$117.00** | |
| 7e. | Number of people who are 65 or older | X _____ | |
| 7f. | **Subtotal.** Multiply line 7d by line 7e. | **$0.00** | Copy here ➡ + **$0.00** |
| 7g. | **Total.** Add lines 7c and 7f...................... | **$98.00** | Copy here ➡ **$98.00** |

Debtor 1 __Quintina Dionne Jackson__      Case number (if known) __17-34443__

| Local Standards | You must use the IRS Local Standards to answer the questions in lines 8-15. |
|---|---|

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

- Housing and utilities -- Insurance and operating expenses
- Housing and utilities -- Mortgage or rent expenses

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.**

8. **Housing and utilities -- Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.      __$557.00__

9. **Housing and utilities -- Mortgage or rent expenses:**

     9a. Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.      __$1,198.00__

     9b. Total average monthly payment for all mortgages and other debts secured by your home.

     To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| __Wells Fargo Home Mortgage__ | __$1,026.09__ |
| _____ | _____ |
| _____ + | _____ |

     9b. Total average monthly payment    $1,026.09    Copy here →    −    $1,026.09    Repeat this amount on line 33a.

     9c. Net mortgage or rent expense.

     Subtract line 9b (total average monthly payment) from line 9a (mortgage or rent expense). If this number is less than $0, enter $0.    $171.91    Copy here →    $171.91

10. **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**      _____

     Explain why: _____

     _____

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

     ☐ 0. Go to line 14.

     ☐ 1. Go to line 12.

     ☑ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the Operating Costs that apply for your Census region or metropolitan statistical area.      __$558.00__

Debtor 1    **Quintina Dionne Jackson**       Case number (if known) **17-34443**

**13.**   **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

| Vehicle 1 | Describe Vehicle 1: | **2012 Fiat 500** |

13a. Ownership or leasing costs using IRS Local Standard. ................................... **$485.00**

13b. Average monthly payment for all debts secured by Vehicle 1.

     Do not include costs for leased vehicles.

     To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| **American Credit Acceptance** | **$279.71** |
| + | |
| Total average monthly payment | **$279.71** |

Copy here ➔ — $279.71   Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense.
     Subtract line 13b from line 13a. If this number is less than $0, enter $0. ................... **$205.29**

Copy net Vehicle 1 expense here ➔   **$205.29**

| Vehicle 2 | Describe Vehicle 2: | **2007 Chevrolet Silverado 1500 Classic** |

13d. Ownership or leasing costs using IRS Local Standard. ................................... **$485.00**

13e. Average monthly payment for all debts secured by Vehicle 2. Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| **Springleaf Financial Services** | **$145.00** |
| | |
| Total average monthly payment | **$145.00** |

Copy here ➔ — $145.00   Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense.
     Subtract line 13e from line 13d. If this number is less than $0, enter $0. ................... **$340.00**

Copy net Vehicle 2 expense here ➔   **$340.00**

**14.**   **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the Public Transportation expense allowance regardless of whether you use public transportation.    **$0.00**

Debtor 1   **Quintina Dionne Jackson**              Case number (if known) **17-34443**

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for Public Transportation.    **$0.00**

| **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |
|---|---|

16. **Taxes:** The total monthly amount that you actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes.  You may include the monthly amount withheld from your pay for these taxes.  However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.
Do not include real estate, sales, or use taxes.    **$500.00**

17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.
Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.    **$0.00**

18. **Life insurance:** The total monthly premiums that you pay for your own term life insurance.  If two married people are filing together, include payments that you make for your spouse's term life insurance.
Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.    **$0.00**

19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.
Do not include payments on past due obligations for spousal or child support.  You will list these obligations in line 35.    **$0.00**

20. **Education:** The total monthly amount that you pay for education that is either required:
   ■ as a condition for your job, or
   ■ for your physically or mentally challenged dependent child if no public education is available for similar services.    **$0.00**

21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.
Do not include payments for any elementary or secondary school education.    **$0.00**

22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account.  Include only the amount that is more than the total entered in line 7.
Payments for health insurance or health savings accounts should be listed only in line 25.    **$0.00**

23. **Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.
Do not include payments for basic home telephone, internet and cell phone service.  Do not include self-employment expenses, such as those reported on line 5 of Official Form 122C-1, or any amount you previously deducted.    + **$65.00**

24. **Add all of the expenses allowed under the IRS expense allowances.**
Add lines 6 through 23.    **$3,627.20**

| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. Note: Do not include any expense allowances listed in lines 6-24. |
|---|---|

25. **Health insurance, disability insurance, and health savings account expenses.**  The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| | |
|---|---|
| Health insurance | **$0.00** |
| Disability insurance | **$0.00** |
| Health savings account    + | **$0.00** |
| Total | **$0.00**   Copy total here ➔ ................................................ **$0.00** |

Do you actually spend this total amount?
☐ No.  How much do you actually spend? _____
☑ Yes

Debtor 1    **Quintina Dionne Jackson**        Case number (if known) **17-34443**

| | |
|---|---|
| 26. **Continued contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b). | $0.00 |
| 27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply. By law, the court must keep the nature of these expenses confidential. | $0.00 |
| 28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.<br><br>If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs.<br><br>You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary. | |
| 29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $160.42* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.<br><br>You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.<br><br>* Subject to adjustment on 4/01/19, and every 3 years after that for cases begun on or after the date of adjustment. | $0.00 |
| 30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.<br><br>To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.<br><br>You must show that the additional amount claimed is reasonable and necessary. | |
| 31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 11 U.S.C. § 548(d)(3) and (4).<br><br>Do not include any amount more than 15% of your gross monthly income. | + $0.00 |
| 32. **Add all of the additional expense deductions.**<br>Add lines 25 though 31. | $0.00 |

Debtor 1    **Quintina Dionne Jackson**                                    Case number (if known) **17-34443**

| Deductions for Debt Payment |
|---|

**33.** **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy.  Then divide by 60.

Average monthly payment

**Mortgages on your home**

33a.   Copy line 9b here................................................................. ➔   $1,026.09

**Loans on your first two vehicles**

33b.   Copy line 13b here............................................................... ➔   $279.71

33c.   Copy line 13e here............................................................... ➔   $145.00

33d.   List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| Conn Appliances, Inc. as Attorney | 47" TV, Washer and Dryer | ☑ No ☐ Yes | $8.60 |
| Fountainhead Recreational and M | Homestead - HOA (thru 2017 | ☑ No ☐ Yes | $8.59 |
| NPRTO Texas, LLC | Tires/Rims | ☑ No ☐ Yes    + | $27.11 |

33e.   Total average monthly payment.  Add lines 33a through 33d.....................   $1,495.10    Copy total here ➔   $1,495.10

**34.** **Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☐ No.   Go to line 35.

☑ Yes.   State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the cure amount).   Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | Monthly cure amount |
|---|---|---|---|
| Wells Fargo Home Mortgag | Homestead | $20,000.00  ÷ 60 = | $333.33 |
|  |  | ÷ 60 = |  |
|  |  | ÷ 60 =    + |  |
|  |  | Total   $333.33 | Copy total here ➔   $333.33 |

**35.** **Do you owe any priority claims--such as a priority tax, child support, or alimony--that are past due as of the filing date of your bankruptcy case?**
11 U.S.C. § 507.

☐ No.   Go to line 36.

☑ Yes.   Fill in the total amount of all of these priority claims.  Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims........................................   $3,325.00   ÷ 60 =   $55.42

Debtor 1  __Quintina Dionne Jackson__                                  Case number (if known) __17-34443__

**36.** **Projected monthly Chapter 13 plan payment**                        __$2,100.00__

Current multiplier for your district as stated on the list issued by the Administrative
Office of the United States Courts (for districts in Alabama and North Carolina) or
by the Executive Office for United States Trustees (for all other districts).

To find a list of district multipliers that includes your district, go online using the link     x   __7.5__ %
specified in the separate instructions for this form.  This list may also be available
at the bankruptcy clerk's office.

Average monthly administrative expense            | $157.50 |   **Copy total here** ➜   __$157.50__

**37.** **Add all of the deductions for debt payment.**                                     | **$2,041.35** |
Add lines 33g through 36.

| **Total Deductions from Income** |

**38.** **Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances*..................     __$3,627.20__

Copy line 32, *All of the additional expense deductions*..............................................     __$0.00__

Copy line 37, *All of the deductions for debt payment*..................................... +   __$2,041.35__

Total deductions          | $5,668.55 |   **Copy total here** ➜   | **$5,668.55** |

---

| **Part 2:**   **Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2)** |

**39.** **Copy your total current monthly income from line 14 of Form 122C-1, Chapter 13
Statement of Your Current Monthly Income and Calculation of Commitment Period.** ...............     __$5,612.33__

**40.** **Fill in any reasonably necessary income you receive for support of dependent children.**
The monthly average of any child support payments, foster care payments, or
disability payments for a dependent child, reported in Part 1 of Form 122C-1, that     _____
you received in accordance with applicable nonbankruptcy law to the extent
reasonably necessary to be expended for such child.

**41.** **Fill in all qualified retirement deductions.**  The monthly total of all amounts that
your employer withheld from wages as contributions for qualified retirement
plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans     __$0.00__
from retirement plans, as specified in 11 U.S.C. § 362(b)(19).

**42.** **Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A).**
Copy line 38 here..................................................................................... ➜   __$5,668.55__

**43.** **Deduction for special circumstances.**  If special circumstances justify additional
expenses and you have no reasonable alternative, describe the special
circumstances and their expenses.  You must give your case trustee a detailed
explanation of the special circumstances and documentation for the expenses.

| Describe the special circumstances | Amount of expense |
|---|---|
| __dba Self-Employment Expenses__ | $775.00 |
| _____ | _____ |
| _____  + | _____ |

Total  | $775.00 |  **Copy here** ➜ +  __$775.00__

---

Debtor 1    **Quintina Dionne Jackson** _____    Case number (if known) __17-34443__

44. **Total adjustments.**   Add lines 40 through 43............................................➔ | $6,443.55 |   Copy here ➔ − | $6,443.55 |

45. **Calculate your monthly disposable income under § 1325(b)(2).**   Subtract line 44 from line 39.   | ($831.22) |

---

### Part 3:    Change in Income or Expenses

46. **Change in income or expenses.**   If the income in Form 122C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below.   For example, if the wages reported increased after you filed your petition, check 122C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|------|------|-------------------|----------------|-----------------------|------------------|
| ☐ 122C-1 ☐ 122C-2 | | | | ☐ Increase ☐ Decrease | |
| ☐ 122C-1 ☐ 122C-2 | | | | ☐ Increase ☐ Decrease | |
| ☐ 122C-1 ☐ 122C-2 | | | | ☐ Increase ☐ Decrease | |
| ☐ 122C-1 ☐ 122C-2 | | | | ☐ Increase ☐ Decrease | |

---

### Part 4:    Sign Below

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

X **/s/ Quintina Dionne Jackson** _____        X _____
Quintina Dionne Jackson, Debtor 1                           Signature of Debtor 2

Date  __8/7/2017_____                                  Date _____
       MM / DD / YYYY                                             MM / DD / YYYY