**Fill in this information to identify the case:**

Debtor 1: Quintina Dionne Jackson

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Southern District of Texas

Case number: 1734443

Official Form 410S1

# Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 24

**Date of payment change:** Must be at least 21 days after date of this notice: 05/15/2019

**New total payment:** Principal, interest, and escrow, if any: $1000.32

**Last 4 digits** of any number you use to identify the debtor's account: 8 2 5 9

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 550.07         New escrow payment: $ 598.35

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____ %         New interest rate: _____ %

   Current principal and interest payment: $ _____         New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current mortgage payment: $ _____         New mortgage payment: $ _____

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 1

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Michelle Jones        Date 04/10/2019
Signature

Print: JONES,MICHELLE        VP Loan Documentation
      First Name  Middle Name  Last Name      Title

Company  Wells Fargo Bank, N.A.

Address  MAC N9286-01Y
         Number       Street
         1000 Blue Gentian Road
         Address 2
         Eagan                MN    55121-7700
         City                 State  ZIP Code

Contact phone  800-274-7025        NoticeOfPaymentChangeInquiries@wellsfargo.com
                                   Email

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

Chapter 13  No. 1734443
Judge: David R Jones

In re:

Quintina Dionne Jackson

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before April 11, 2019 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

**Debtor:**

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Quintina Dionne Jackson
4722 Bicentennial Ct.

Houston TX 77066

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

**Debtor's Attorney:**

By Court's CM/ECF system registered email address

Alex Olmedo Acosta
Acosta Law, P.C.
13831 Northwest Freeway
Ste 400
Houston TX 77040

By Court's CM/ECF system registered email address

N/A

**Trustee:**

By Court's CM/ECF system registered email address

William E. Heitkamp
Office of Chapter 13 Trustee
9821 Katy Freeway
Ste 590
Houston TX 77024

/s/Michelle Jones
VP Loan Documentation
Wells Fargo Bank, N.A.

**WELLS FARGO HOME MORTGAGE**

**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

**Escrow Review Statement**
*For informational purposes only*

**Statement Date:** March 13, 2019
**Loan number:**
**Property address:**
   4722  BICENTENNIAL CT
   HOUSTON TX 77066-2901

### Customer Service

 **Online**
wellsfargo.com

 **Telephone**
1-800-340-0473

 **Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

ESTATE OF TONY M JACKSON
C/O QUINTINA DIONNE JACKSON
4722 BICENTENNIAL CT
HOUSTON TX 77066-2901

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:
- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Payments:** As of the **May 15, 2019** payment, the contractual portion of the escrow payment **increases**.

> The escrow account has a shortage of
> **$686.70**

## Part 1 - Mortgage payment

### Option 1  Pay the shortage amount over 12 months

| | Previous payment through 04/15/2019 payment date | New payment beginning with the 05/15/2019 payment |
|---|---|---|
| **Principal and/or interest** | $547.98 | $547.98 |
| **Escrow payment** | $550.07 | $598.35 |
| **Total payment amount** | $1,098.05 | $1,146.33 |

**Option 1: No action required**

Starting **May 15, 2019** the new contractual payment amount will be **$1,146.33**

### Option 2  Pay the shortage amount of $686.70

| | Previous payment through 04/15/2019 payment date | New payment beginning with the 05/15/2019 payment |
|---|---|---|
| **Principal and/or interest** | $547.98 | $547.98 |
| **Escrow payment** | $550.07 | $541.12 |
| **Total payment amount** | $1,098.05 | $1,089.10 |

**Option 2: Pay shortage in full**

Starting **May 15, 2019** the new contractual payment amount will be **$1,089.10**

**Note:** If this is an adjustable rate mortgage (ARM), a separate notice will be sent before the payment is scheduled to change.

See Page 2 for additional details.



*Note: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage*

ESTATE OF TONY M JACKSON

Wells Fargo Home Mortgage
PO Box 51120
Los Angeles, CA 90051-5420

If you choose to pay the shortage in full as referenced in Option 2, detach this coupon and mail it along with a check for $686.70 to the address that appears on this coupon.

This payment must be received no later than **May 15, 2019**.

708     5 10 02 00100032 00108910 00168702 00068670 0

## Part 2 - Payment calculations

You have a shortage of $686.70. For the past review period, the projected amount of your escrow items was $6,493.36. For the coming year, the projected amount to be paid from your escrow is $6,493.36.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

|  | 10/16 - 10/17 (Actual) | 05/17 - 05/18 (Actual) | 06/18 - 03/19 (Actual) | 05/19 - 04/20 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $3,244.31 | $3,589.97 | $3,617.36 | $3,617.36 | ÷ | 12 | = | $301.45 |
| **Property insurance** | $2,425.00 | $2,425.00 | $2,876.00 | $2,876.00 | ÷ | 12 | = | $239.67 |
| **Total taxes and insurance** | $5,669.31 | $6,014.97 | $6,493.36 | $6,493.36 | ÷ | 12 | = | $541.12 |
| **Escrow shortage** | $1,639.77 | $294.34 | $586.00 | **$686.70** | ÷ | 12 | = | $57.23** |
| **Total escrow** | $7,309.08 | $6,309.31 | $7,079.36 | $7,180.06 | ÷ | 12 | = | $598.35 |

**This amount is added to the payment if Option 1 on page 1 is selected.

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| Lowest projected escrow balance  December, 2019 | | -$4,457.42 | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Bankruptcy adjustment‡ | + | $3,770.72 | |
| Minimum balance for the escrow account | - | $0.00 | |
| **Escrow shortage** | = | **-$686.70** | |

‡This adjustment of $3,770.72, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

### Important messages

**Act now - purchase your own insurance policy**
Our records show that the insurance policy was obtained by Wells Fargo. Please understand that this policy only covers the structure and/or improvements, but does not cover liability or any personal property. For this reason, consider purchasing a policy of your choosing - it may lower the costs and give options for more coverage. If you sent us proof of a purchased policy, please disregard this message. If you have questions or are having trouble paying for the insurance policy, call us at the number on the first page of this statement.

Loan Number:

## Part 3 - Escrow account projections

Escrow account projections from May, 2019 to April, 2020

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Apr 2019 | | | Starting balance | -$2,293.02 | $2,164.40 |
| May 2019 | $541.12 | $0.00 | | -$1,751.90 | $2,705.52 |
| Jun 2019 | $541.12 | $0.00 | | -$1,210.78 | $3,246.64 |
| Jul 2019 | $541.12 | $0.00 | | -$669.66 | $3,787.76 |
| Aug 2019 | $541.12 | $0.00 | | -$128.54 | $4,328.88 |
| Sep 2019 | $541.12 | $0.00 | | $412.58 | $4,870.00 |
| Oct 2019 | $541.12 | $2,876.00 | AMERICAN SECURITY GROUP | -$1,922.30 | $2,535.12 |
| Nov 2019 | $541.12 | $0.00 | | -$1,381.18 | $3,076.24 |
| Dec 2019 | $541.12 | $1,132.68 | HARRIS COUNTY (A) | -$1,972.74 | $2,484.68 |
| Dec 2019 | $0.00 | $1,806.68 | KLEIN ISD (W) | -$3,779.42 | $678.00 |
| Dec 2019 | $0.00 | $678.00 | FOUNTAINHEAD MUD | -$4,457.42 | $0.00 |
| Jan 2020 | $541.12 | $0.00 | | -$3,916.30 | $541.12 |
| Feb 2020 | $541.12 | $0.00 | | -$3,375.18 | $1,082.24 |
| Mar 2020 | $541.12 | $0.00 | | -$2,834.06 | $1,623.36 |
| Apr 2020 | $541.12 | $0.00 | | -$2,292.94 | $2,164.48 |
| Totals | $6,493.44 | $6,493.36 | | | |

## Part 4 - Escrow account history

Escrow account activity from June, 2018 to April, 2019

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| Jun 2018 | | | | | | | Starting Balance | -$8,367.07 | $2,506.29 | -$10,873.36 |
| Jun 2018 | $448.37 | $501.24 | -$52.87 | $0.00 | $0.00 | $0.00 | | -$7,918.70 | $3,007.53 | -$10,926.23 |
| Jul 2018 | $466.79 | $501.24 | -$34.45 | $0.00 | $0.00 | $0.00 | | -$7,451.91 | $3,508.77 | -$10,960.68 |
| Aug 2018 | $0.00 | $501.24 | -$501.24 | $0.00 | $0.00 | $0.00 | | -$7,451.91 | $4,010.01 | -$11,461.92 |
| Sep 2018 | $466.79 | $501.24 | -$34.45 | $0.00 | $0.00 | $0.00 | | -$6,985.12 | $4,511.25 | -$11,496.37 |
| Oct 2018 | $933.58 | $501.24 | $432.34 | $2,876.00 | $2,425.00 | $451.00 | AMERICAN SECURITY GROUP | -$8,927.54 | $2,587.49 | -$11,515.03 |
| Nov 2018 | $466.79 | $501.24 | -$34.45 | | | | | -$8,460.75 | $3,088.73 | -$11,549.48 |
| Dec 2018 | $466.79 | $501.24 | -$34.45 | $1,132.68 | $1,121.21 | $11.47 | HARRIS COUNTY (A) | -$9,126.64 | $2,468.76 | -$11,595.40 |
| Dec 2018 | $0.00 | $0.00 | $0.00 | $1,806.68 | $1,776.37 | $30.31 | KLEIN ISD (W) | -$10,933.32 | $692.39 | -$11,625.71 |
| Dec 2018 | $0.00 | $0.00 | $0.00 | $678.00 | $692.39 | -$14.39 | FOUNTAINHEAD MUD | -$11,611.32 | $0.00 | -$11,611.32 |
| Jan 2019 | $466.79 | $501.24 | -$34.45 | $0.00 | $0.00 | $0.00 | | -$11,144.53 | $501.24 | -$11,645.77 |
| Feb 2019 | $466.79 | $501.24 | -$34.45 | $0.00 | $0.00 | $0.00 | | -$10,677.74 | $1,002.48 | -$11,680.22 |
| Mar 2019 (estimate) | $7,834.65 | $501.24 | $7,333.41 | $0.00 | $0.00 | $0.00 | | -$2,843.09 | $1,503.72 | -$4,346.81 |
| Apr 2019 (estimate) | $550.07 | $501.24 | $48.83 | $0.00 | $0.00 | $0.00 | | -$2,293.02 | $2,004.96 | -$4,297.98 |
| Totals | $12,567.41 | $5,513.64 | $7,053.77 | $6,493.36 | $6,014.97 | $478.39 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2018 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801  4/18

