**Fill in this information to identify the case:**

Debtor 1: Quintina Dionne Jackson

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Texas

Case number: 17-34443

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, et al

**Court claim no.** (if known): 24

**Last 4 digits** of any number you use to identify the debtor's account: 1 9 6 8

**Date of payment change:** Must be at least 21 days after date of this notice: 01/15/2021

**New total payment:** Principal, interest, and escrow, if any: $ 1,156.33

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____   New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 4.01 %   New interest rate: 3.90 %

   Current principal and interest payment: $ 547.98   New principal and interest payment: $ 557.98

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____   New mortgage payment: $ _____

Debtor 1 __Quintina Dionne Jackson__  
        First Name   Middle Name   Last Name

Case number (*if known*) __17-34443__

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Jessica Watson  
Signature

Date 12/18/2020

Print: **Jessica**     **Watson**  
First Name   Middle Name   Last Name

Title **Bankruptcy Asset Manager**

Company **SN Servicing Corporation**

Address **323 5th Street**  
Number   Street

**Eureka**     **CA**     **95501**  
City   State   ZIP Code

Contact phone **800-603-0836**

Email **bknotices@snsc.com**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was served on the 18th day of December, 2020. Said Notice was filed electronically. Service was accomplished by the method and to the following as indicated.

>By: /s/ Richard Anderson
>RICHARD E. ANDERSON
>State Bar No. 01209010
>4920 Westport Drive
>The Colony, Texas 75056
>Email: randerson@AndersonVela.com

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Quintina Dionne Jackson
4722 Bicentennial Ct.  (Mailing)
Houston, TX 77066

DEBTOR'S ATTORNEY
Alex Olmedo Acosta
Acosta Law, P.C.
13831 Northwest Freeway, Suite 400
Houston, TX 77040

TRUSTEE
William E. Heitkamp
9821 Katy Freeway, Ste 590
Houston, TX 77024

U.S. TRUSTEE
US Trustee
515 Rusk Avenue, Ste 3516
Houston, TX 77002

CREDITOR ATTORNEY

>/s/ Richard E. Anderson
>RICHARD E. ANDERSON



**323 5TH STREET (95501)**
P.O. BOX 35
**EUREKA, CA  95502**
**800-603-0836**
**FAX (707) 443-1562**
**8:00 a.m. - 5:00 p.m.  PST**
**Main Office NMLS #5985**
**Branch Office NMLS #9785**

December 11, 2020

ESTATE OF TONY M. JACKSON
C/O QUINTINA DIONNE JACKSON
4722 BICENTENNIAL CT.
HOUSTON, TX 77066

**Para información en español llame al (800) 603-0836 ext 2643 o ext 2660**

*YOU ARE HEREBY NOTIFIED THAT SN SERVICINGCORPORATION, ITS EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT THIS DEBT.  ANY INFORMATION THAT WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT SUCH A DEBT AS YOUR PERSONAL LIABILITY, BUT IS INSTEAD A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY.*

Loan ID
PROPERTY ADDRESS: 4722 BICENTENNIAL CT, HOUSTON, TX 77066

## NOTICE OF NEW PAYMENT ADJUSTMENT

SN Servicing has performed a review on your loan and in accordance with the terms of your Original ARM Note, your recent ARM Adjustment Notice dated November 17, 2020 has changed.

Effective with the January 15, 2021 payment, your new principal & interest payment is $557.98 and the interest rate is 3.90% which is based on an amortizing UPB of $64,782.02 over 146 months and will continue to adjust in accordance with the terms of the Original ARM Note.

Please continue to mail your payments as specified in your billing statement.  If you have any questions about this notice, you can contact us at the number below.

SN Servicing Corporation
Toll Free:  (800) 603-0836